UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JENNIFER L. ALLEN, | ) |
| *Plaintiff,* | ) |
| vs. | ) 1:24-cv-00029-JMS-MKK |
| TARGET CORPORATION, | ) |
| *Defendant.* | ) |

**ORDER**

Defendant has removed this case to this Court on the basis of diversity jurisdiction. Federal Rule of Civil Procedure 7.1(a)(2) provides:

> In an action in which jurisdiction is based on diversity under 28 U.S.C. §1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name – and identify the citizenship of – every individual or entity whose citizenship is attributed to that party or intervenor:
>
> (A) when the action is filed in or removed to federal court, and
>
> (B) when any later event occurs that could affect the court's jurisdiction under §1332(a).

Defendant has filed a Rule 7.1 Disclosure Statement, but it does not properly provide their citizenship. Specifically, the Court notes the following issue with Defendant's jurisdictional allegations:

- Defendant does not properly provide the citizenship of a corporation. A corporation is deemed a citizen of any state where it is incorporated and a citizen of the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1); *see also Smoot v. Mazda Motors of Am., Inc.*, 469 F.3d 675, 676 (7th Cir. 2006) (a corporation has two places of citizenship: where it is incorporated and where it has its principal place of business). Defendant must provide both in order for the Court to determine whether it has diversity jurisdiction over this matter.

- 2 -

Defendant is **ORDERED** to file an Amended Rule 7.1 Disclosure Statement by **January 23, 2024,** which adequately sets forth its citizenship.

Date: 1/9/2024

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**